**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHNNY WHALEY, ADC # 113512      *
                                     *

           Plaintiff,       *

v.                                          *

                                         *       No. 4:14CV00061-SWW-JJV

CLAYTON EDWARDS; *et al.*         *

                                         *

           Defendants.     *

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

       The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

       If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

       1.       Why the record made before the Magistrate Judge is inadequate.

       2.       Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

## I.      BACKGROUND

On February 3, 2014, Johnny Whaley ("Plaintiff") filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, and an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. No. 1).  The Court granted Plaintiff's Application on February 5, 2014 (Doc. No. 3). On February 25, 2014 the Court entered an order notifying Plaintiff that his complaint, as it currently stood, was deficient (Doc. No. 4). It further notified him that failure to file an amended complaint within thirty days of the order could result in the dismissal of his complaint (*Id.*). The Clerk of Court mailed Plaintiff a copy of the Order and a § 1983 complaint form on February 25, 2014.

## II.      ANALYSIS

In his Complaint, Mr. Whaley complained that he has not been provided sufficient medical and mental health treatment. In addition, he alleges that he was attacked by an inmate. Although Mr. Whaley identifies five individuals as Defendants, he does not mention these individuals when describing the underlying events.  Accordingly, Mr. Whaley's Complaint fails to state a claim upon

2

which relief may be granted.

To date Plaintiff has failed to file an amended complaint. In excess of thirty days have elapsed since the Court entered its Order.  The Court therefore finds that Plaintiff's claims should be DISMISSED without prejudice.

## III.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.   Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2.   The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 24th day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

3