## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY WHALEY, ADC # 113512 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:14CV00061-SWW-JJV |
| CLAYTON EDWARDS; *et al.* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 9th day of June, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE